# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA  ✓ P-Send

**ORIGINAL** CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 2:03CR715            Recorder: CS 08/18/03            Date: 08/18/2003

Present: The Honorable Stephen J. Hillman, U.S. Magistrate Judge

Court Clerk: Maria Cortez & Linda Jackson Williams      Assistant U.S. Attorney: Elyssa Getreu / Bruce Searby AUSA

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| 1. KENNETH BRANCH - PRESENT<br>Summons | 1. Richard Steingard<br>RETAINED - Present | | |
| 2. WILLIAM ERSKINE - PRESENT<br>Summons | 2. Steven G. Madison<br>RETAINED - Present | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE.**

Defendant(s) Are arraigned and states name is as charged.

Defendant(s) Are given a copy of the Indictment, acknowledges receipt of a copy and waives reading thereof.

Defendant(s) pleads not guilty to all counts of the Indictment.

Court orders this case assigned to the calendar of U.S. District Judge Ronald S. W. Lew for/and further orders jury trial set for OCTOBER 14, 2003 @9:00 AM

   Motion Hearing date is set for: OCTOBER 6, 2003 @10:00 AM

Defendant(s) first appearance.

   Defendant(s) posts a $5,000.00 AS TO EACH DEFENDANT Unsecured Appearance Bond. Court orders defendant(s) to report to the U.S. Marshal's Office forthwith for processing.

Other:

cc: PSA, Statistics Clerk, USM LA

Initials of Deputy Clerk: mc

AUG 20 2003